UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TYLER HARDY & JERMINE SANTIAGO,<br><br>   Plaintiffs,<br>v.<br><br>STATE FARM MUTUAL AUTOMBILE INSURANCE COMPANY,<br><br>   Defendant. | Case No. 2:25-cv-00072-RSM<br><br>JOINT STIPULATED MOTION AND ORDER TO EXTEND CLASS CERTIFICATION DEADLINES |

In accordance with LCR 16(b)(6), Plaintiffs Tyler Hardy and Jermine Santiago ("Plaintiffs") and Defendant State Farm Mutual Automobile Insurance Company ("Defendant" or "State Farm") (collectively, the "Parties") hereby jointly move to extend class certification deadlines in this matter as previously set by the Court (ECF No. 23) by 90 days. The Parties agree that good cause exists for this continuance and modification of the scheduling order.

## STANDARD

Under Local Civil Rule 16(b)(6), a schedule may be modified by the Court with its consent and "for good cause." Good cause is assessed by considering "(1) the party seeking the continuance's diligence in preparing for trial; (2) the need for a continuance; (3) inconvenience to the opposing party, the witnesses, and the Court; and (4) the hardship a denial would cause." *Rollins v. Traylor Bros Inc.*, 2017 WL 2215778, at *1 (W.D. Wash. May 19, 2017) (citing *United*

*States v. 2.61 Acres of Land, More or Less, Situated in Mariposa Cnty., State of Cal.*, 791 F.2d 666, 670 (9th Cir. 1985)).

## DISCUSSION

On April 9, 2025, the Court issued a Rule 16(b) and Rule 23(d)(2) Scheduling Order Regarding Class Certification Motion ("Order"). ECF No. 23. That Order set deadlines for the end of class certification, Plaintiffs' Motion to Certify Class, State Farm's opposition to that motion, and Plaintiffs' reply. *Id.* The Parties jointly request that these deadlines be extended 90 days. This is the first request for an extension of the Scheduling Order deadlines in this matter.

While each Party has been diligently engaging in discovery, the Parties submit that good cause exists for this extension. First, counsel for the Parties have several pre-existing commitments and pre-booked travel in separate litigation, and pre-booked holiday travel that make compliance with the current deadlines impracticable. Second, Plaintiffs' counsel has a trial in this district starting on December 1, 2025, in *Ngethpharat v. State Farm Mut. Auto. Ins. Co.*, No. 2:20-cv-00454-MJP. That trial is expected to take 15 days and will significantly impact Plaintiffs' counsel's ability to comply with the existing deadlines. An additional 90 days will allow the Parties to complete discovery and briefing in a thorough and efficient manner. The Parties respectfully submit that denial of an extension would cause significant hardship, as they will not have sufficient time to comply with the Scheduling Order deadlines.

## AMENDED DEADLINES REQUESTED

For the reasons above, the Parties propose the following amended schedule:

| EVENT | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| Class certification discovery cut-off | 12/3/2025 | 3/3/2026 |
| Deadline for Plaintiffs to file Motion to Certify Class | 1/15/2026 | 4/15/2026 |

| | | |
|---|---|---|
| Opposition to Motion to Certify Class | 4/15/2026 | 7/14/2026 |
| Reply in Support of Motion to Certify Class | 6/26/2026 | 9/24/2026 |
| Hearing on Motion to Certify Class | To be set by the Court after briefing completed | |

Respectfully submitted, this 17th day of October, 2025.

The undersigned counsel for State Farm, who is submitting this motion, certifies that it contains 914 words, in compliance with the Local Rules.

<div style="columns:2">

*/s/ Stephen M. Hansen*
Stephen M. Hanson, WSBA #15642

**STEPHEN M. HANSEN, P.S**.
3800 Bridgeport Way, Ste. A, PMB 5
University Place, Washington 98466
(253) 302-5955
Steve@stephenmhansenlaw.com

Scott P. Nealey (admitted *pro hac vice*)
**LAW OFFICE OF SCOTT P. NEALEY**
201 Spear Street, Suite 1100
San Francisco, CA 94105
(415) 231-5311
snealey@nealeylaw.com

**Attorneys for Plaintiffs Tyler Hardy and Jermine Santiago**

*/s/Steve Jensen*
Steve Jensen, WSBA #26495
Benjamin Roesch, WSBA #39960

**JENSEN MORSE BAKER PLLC**
520 Pike Street, Suite 2375
Seattle, WA 98101
(206) 682-1644
steve.jensen@jmblawyers.com
benjamin.roesch@jmblawyers.com

David Carpenter (admitted *pro hac vice)*
Tiffany Powers (admitted *pro hac vice)*
Melissa Quintana (admitted *pro hac vice)*
**ALSTON & BIRD LLP**
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000
David.Carpenter@alston.com
Tiffany.Powers@alston.com
Melissa.Quintana@alston.com

**Attorneys for Defendant, State Farm Mutual Automobile Insurance Company**

</div>

**ORDER**

Pursuant to the joint stipulated motion of the Parties, and for good cause shown, the case deadlines in ECF No. 23 are extended as follows:

| EVENT | DATE |
| --- | --- |
| Class certification discovery cut-off | 3/3/2026 |
| Deadline for Plaintiffs to file Motion to Certify Class | 4/15/2026 |
| Opposition to Motion to Certify Class | 7/14/2026 |
| Reply in Support of Motion to Certify Class | 9/24/2026 |
| Hearing on Motion to Certify Class | To be set by the Court after briefing completed |

IT IS SO ORDERED this ___17th___ day of _____October_____, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE