THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| TYLER HARDY & JERMINE SANTIAGO,<br><br>    Plaintiffs,<br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:25-cv-00072-RSM<br><br>JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION<br><br>Noted for Consideration: December 29, 2025 |

This matter comes before the Court on the Parties' Joint Motion to Stay Proceedings Pending Mediation, Dkt. #30. The Court has considered the submissions of the Parties and is duly informed.

**IT IS ORDERED** that the *Joint Motion to Stay Proceedings Pending Mediation* is hereby **GRANTED**. The Court hereby stays all case deadlines pending in these proceedings pending the outcome of the mediation. On March 16, 2026, the Parties are directed to submit a status report. Should the Parties impasse at mediation, the Parties shall submit a revised scheduling order with their status report proposing revised case scheduling deadlines.

IT IS SO ORDERED this 31st day of December, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE