THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

TYLER HARDY & JERMINE SANTIAGO,

     Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

     Defendant.

Case No. 2:25-cv-00072-RSM

JOINT STATUS REPORT AND
MOTION TO CONTINUE STAY OF
PROCEEDINGS PENDING
SETTLEMENT

## JOINT STATUS REPORT AND MOTION TO CONTINUE STAY OF PROCEEDINGS PENDING SETTLEMENT

Plaintiffs Tyler Hardy and Jermine Santiago ("Plaintiffs") and Defendant State Farm Mutual Automobile Insurance Company ("State Farm") (collectively, the "Parties") hereby jointly Submit the following Joint Status Report, per the Court's December 31, 2025 Order staying proceedings pending mediation. *See* ECF No. 31. The parties hereby move the Court to continue the stay of all case deadlines in the above-captioned matter pending the finalization of the terms of the Parties' settlement, and respectfully request that the Court approve and enter the same as an Order of the Court. In support of this Motion, the Parties state as follows:

1.    On December 31, 2025, the Court entered an order staying all case deadlines in this proceeding pending the outcome of mediation and directing the parties to submit a status report by March 16, 2026. *See* ECF No. 31.

2.      The Parties mediated this case with the honorable Judge Steve Scott on February 23, 2026, and as a result of mediation, reached agreement on a settlement in principle in this action on a class-wide basis.

3.      Pursuant to that agreement, the Parties are working cooperatively to finalize the settlement papers.

4.      To allow the parties time to finalize the settlement papers and make relevant filings, the Parties request that the Court continue the stay of all proceedings and Court deadlines, including the Parties' upcoming class certification deadlines.

5.      The requested stay would apply to all deadlines in this matter.

6.      The Parties will file a joint status report in thirty days (30) on April 15, 2026, reporting on the progress of the finalization of the settlement and the motion for preliminary settlement approval and conditional settlement class certification.

7.      This request is made in good faith and not for the purpose of delay.

WHEREFORE, the Parties respectfully request that the Court enter an Order continuing the stay of all proceedings in this matter until order of the Court.

Respectfully submitted, this 16th day of March, 2026.

[*Signature on Following Page*]

JOINT MOTION AND ORDER TO STAY
PROCEEDINGS PENDING SETTLEMENT
(No. 2:25-cv-00072-RSM)-2

Law Offices of
STEPHEN M. HANSEN, P.S.
3800 Bridgeport Way West, Ste. A, PMB 5
University Place, WA 98466
(253) 302-5955; (253) 301-1147 fax

*/s/ Stephen M. Hansen*
Stephen M. Hanson, WSBA #15642

**STEPHEN M. HANSEN, P.S**.
3800 Bridgeport Way, Ste. A, PMB 5
University Place, Washington 98466
(253) 302-5955
Steve@stephenmhansenlaw.com

Scott P. Nealey (admitted *pro hac vice*)
**LAW OFFICE OF SCOTT P. NEALEY**
201 Spear Street, Suite 1100
San Francisco, CA 94105
(415) 231-5311
snealey@nealeylaw.com

***Attorneys for Plaintiffs Tyler Hardy and Jermine Santiago***

*/s/ Benjamin J. Roesch*
Benjamin J. Roesch, WSBA #39960

**JENSEN MORSE BAKER PLLC**
520 Pike Street, Suite 2375
Seattle, WA 98101
(206) 682-1644
steve.jensen@jmblawyers.com
benjamin.roesch@jmblawyers.com

David Carpenter (admitted *pro hac vice)*
Tiffany Powers (admitted *pro hac vice)*
Melissa Quintana (admitted *pro hac vice)*
**ALSTON & BIRD LLP**
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000
David.Carpenter@alston.com
Tiffany.Powers@alston.com
Melissa.Quintana@alston.com

***Attorneys for Defendant, State Farm Mutual Automobile Insurance Company***

JOINT MOTION AND ORDER TO STAY
PROCEEDINGS PENDING SETTLEMENT
(No. 2:25-cv-00072-RSM)-3

Law Offices of
STEPHEN M. HANSEN, P.S.
3800 Bridgeport Way West, Ste. A, PMB 5
University Place, WA 98466
(253) 302-5955; (253) 301-1147 fax

## ORDER GRANTING STAY

This matter comes before the Court on the Parties' Joint Motion to Continue Stay of Proceedings Pending Settlement. The Court has considered the submissions of the Parties and is duly informed.

**IT IS ORDERED** that the *Joint Motion to Continue Stay of Proceedings Pending Settlement* is hereby **GRANTED**.

The Court hereby stays all case deadlines pending in these proceedings pending the finalization of the settlement agreement. On April 15, 2026, the Parties are directed to submit a status report.

IT IS SO ORDERED this 18<u>th</u> day of March, 2026.

_____

RICARDO S. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE

JOINT MOTION AND ORDER TO STAY
PROCEEDINGS PENDING SETTLEMENT
(No. 2:25-cv-00072-RSM)-4

Law Offices of
STEPHEN M. HANSEN, P.S.
3800 Bridgeport Way West, Ste. A, PMB 5
University Place, WA 98466
(253) 302-5955; (253) 301-1147 fax

**CERTIFICATE OF SERVICE**

Pursuant to RCW 9A.72.085, the undersigned certifies, under penalty of perjury under the laws of the United States of America and the State of Washington, that on the 16th day of March, 2026, the document attached hereto was filed on ECF with service to all counsel of record via ECF service.

DATED this 16 day of March, 2026, in Tacoma, WA.

By *s/Sara B. Walker*
Sara B/ Walker paralegal

JOINT MOTION AND ORDER TO STAY
PROCEEDINGS PENDING SETTLEMENT
(No. 2:25-cv-00072-RSM)-5

Law Offices of
STEPHEN M. HANSEN, P.S.
3800 Bridgeport Way West, Ste. A, PMB 5
University Place, WA 98466
(253) 302-5955; (253) 301-1147 fax