THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| TYLER HARDY & JERMINE SANTIAGO,<br><br>    Plaintiffs,<br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:25-cv-00072-RSM<br><br>JOINT MOTION AND ORDER TO CONTINUE STAY OF PROCEEDINGS PENDING SETTLEMENT |

### JOINT STATUS REPORT AND MOTION TO CONTINUE STAY OF PROCEEDINGS PENDING SETTLEMENT

Plaintiffs Tyler Hardy and Jermine Santiago ("Plaintiffs") and Defendant State Farm Mutual Automobile Insurance Company ("State Farm") (collectively, the "Parties") hereby jointly Submit the following Joint Status Report, per the Court's March 18, 2026 Order continuing the stay of proceedings pending settlement. *See* ECF No. 33. The Parties hereby move the Court to continue the stay of all case deadlines in the above-captioned matter pending the finalization of the terms of the Parties' settlement, and respectfully request that the Court approve and enter the same as an Order of the Court. In support of this Motion, the Parties state as follows:

1. On December 31, 2025, the Court entered an order staying all case deadlines in this proceeding pending the outcome of mediation and directing the parties to submit a status report by March 16, 2026. *See* ECF No. 31.

2. The Parties mediated this case with the honorable Judge Steve Scott on February 23, 2026 and, as a result of mediation, reached agreement on a settlement in principle in this action on a class-wide basis.

3. On March 16, 2026, the parties submitted a joint status report and motion to continue the stay of proceedings while the parties worked cooperatively to finalize the terms of the settlement. *See* ECF No. 32.

4. On March 18, 2026, the Court entered an ordering continuing the stay of proceedings pending settlement and directing the parties to submit a status report by April 15, 2026. ECF No. 33.

5. The Parties have exchanged settlement documents and are exchanging final edits to the documents. The Parties continue to work diligently and cooperatively to finalize the terms of the settlement and to make the relevant filings onto the docket in the coming days.

6. The Parties respectfully request that the Court continue the stay of all proceedings and Court deadlines, including the Parties' upcoming class certification deadlines, to allow the parties to finish finalizing the settlement papers and prepare the necessary filings.

7. The requested stay would apply to all deadlines in this matter.

8. The Parties will file a joint status report in fourteen days (14) on April 29, 2026, reporting on the progress of the finalization of the terms of the settlement and the motion for preliminary settlement approval.

9. This request is made in good faith and not for the purpose of delay.

JOINT MOTION AND ORDER TO STAY PROCEEDINGS
PENDING SETTLEMENT - 2
(No. 2:25-cv-00072-RSM)

**Jensen Morse Baker PLLC**
**520 Pike Street, Suite 2375**
**Seattle, WA 98101**
**(206) 682-1644**

WHEREFORE, the Parties respectfully request that the Court enter an Order continuing the stay of all proceedings in this matter until order of the Court.

Respectfully submitted, this 15th day of April, 2026.

/s/ Stephen M. Hanson
Stephen M. Hanson, WSBA #15642

**STEPHEN M. HANSEN, P.S**.
3800 Bridgeport Way, Ste. A, PMB 5
University Place, Washington 98466
(253) 302-5955
Steve@stephenmhansenlaw.com

Scott P. Nealey (admitted *pro hac vice*)
**LAW OFFICE OF SCOTT P. NEALEY**
201 Spear Street, Suite 1100
San Francisco, CA 94105
(415) 231-5311
snealey@nealeylaw.com

***Attorneys for Plaintiffs Tyler Hardy and Jermine Santiago***

/s/ Benjamin J. Roesch
Benjamin J. Roesch, WSBA #39960

**JENSEN MORSE BAKER PLLC**
520 Pike Street, Suite 2375
Seattle, WA 98101
(206) 682-1644
steve.jensen@jmblawyers.com
benjamin.roesch@jmblawyers.com

David Carpenter (admitted *pro hac vice)*
Tiffany Powers (admitted *pro hac vice)*
Melissa Quintana (admitted *pro hac vice)*
**ALSTON & BIRD LLP**
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000
David.Carpenter@alston.com
Tiffany.Powers@alston.com
Melissa.Quintana@alston.com

***Attorneys for Defendant, State Farm Mutual Automobile Insurance Company***

JOINT MOTION AND ORDER TO STAY PROCEEDINGS
PENDING SETTLEMENT - 3
(No. 2:25-cv-00072-RSM)

**Jensen Morse Baker PLLC**
**520 Pike Street, Suite 2375**
**Seattle, WA 98101**
**(206) 682-1644**

## <u>ORDER GRANTING STAY</u>

This matter comes before the Court on the Parties' Joint Motion to Continue Stay of Proceedings Pending Settlement. The Court has considered the submissions of the Parties and is duly informed.

**IT IS ORDERED** that the *Joint Motion to Continue Stay of Proceedings Pending Settlement* is hereby **GRANTED**.

The Court hereby stays all case deadlines pending in these proceedings pending the finalization of the settlement agreement. On April 29, 2026, the Parties are directed to submit a status report.

IT IS SO ORDERED this 15<u>th</u> day of April, 2026.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE

JOINT MOTION AND ORDER TO STAY PROCEEDINGS
PENDING SETTLEMENT - 4
(No. 2:25-cv-00072-RSM)

**Jensen Morse Baker PLLC**
**520 Pike Street, Suite 2375**
**Seattle, WA 98101**
**(206) 682-1644**

## CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned certifies, under penalty of perjury under the laws of the United States of America and the State of Washington, that on the 15th day of April, 2026, the document attached hereto was delivered to the below counsel in the manner indicated.

*Counsel for Plaintiff*

Stephen M. Hansen, WSBA No. 15642
Law Offices of Stephen M. Hansen, P.S.
3800 Bridgeport Way West; Suite A
PMB 5
University Place, WA 98466
steve@stephenmhansenlaw.com
sara@stephenmhansenlaw.com

☒ Via CM/ECF
☐ Via electronic mail
☐ Via U.S. Mail, postage prepaid
☐ Via Facsimile
☐ Via Courier
☐ Via Overnight delivery

*Counsel for Plaintiff*

Scott P. Nealey
Law Office of Scott P. Nealey
201 Spear Street; Suite 1100
San Francisco, CA 94105
snealey@nealeylaw.com

☒ Via CM/ECF
☒ Via electronic mail
☐ Via U.S. Mail, postage prepaid
☐ Via Facsimile
☐ Via Courier
☐ Via Overnight delivery

*Admitted Pro Hac Vice*

DATED this 15th day of April, 2026, in Seattle, WA.

By <u>*s/Benjamin J. Roesch*</u>
Benjamin J. Roesch

JOINT MOTION AND ORDER TO STAY PROCEEDINGS
PENDING SETTLEMENT - 5
(No. 2:25-cv-00072-RSM)

**Jensen Morse Baker PLLC**
**520 Pike Street, Suite 2375**
**Seattle, WA 98101**
**(206) 682-1644**