THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

TYLER HARDY & JERMINE SANTIAGO,

    Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

Case No. 2:25-cv-00072-RSM

JOINT STATUS REPORT AND
MOTION TO CONTINUE STAY OF
PROCEEDINGS PENDING
SETTLEMENT

## JOINT STATUS REPORT AND MOTION TO CONTINUE STAY OF PROCEEDINGS PENDING SETTLEMENT

Plaintiffs Tyler Hardy and Jermine Santiago ("Plaintiffs") and Defendant State Farm Mutual Automobile Insurance Company ("State Farm") (collectively, the "Parties") hereby jointly Submit the following Joint Status Report, per the Court's May 1, 2026 Order continuing the stay of proceedings pending settlement. *See* ECF No. 37. The Parties hereby move the Court to continue the stay of all case deadlines in the above-captioned matter pending the motion for preliminary settlement approval, and respectfully request that the Court approve and enter the same as an Order of the Court. In support of this Motion, the Parties state as follows:

JOINT MOTION TO STAY
PROCEEDINGS PENDING SETTLEMENT
(No. 2:25-cv-00072-RSM)-1

**Jensen Morse Baker PLLC**
**520 Pike Street, Suite 2375**
**Seattle, WA 98101**
**(206) 682-1644**

1. On December 31, 2025, the Court entered an order staying all case deadlines in this proceeding pending the outcome of mediation and directing the Parties to submit a status report by March 16, 2026. *See* ECF No. 1.

2. The Parties mediated this case with the honorable Judge Steve Scott on February 23, 2026, and as a result of mediation, reached agreement on a settlement in principle in this action on a class-wide basis.

3. On March 16, 2026, the Parties submitted a joint status report and motion to continue the stay of proceedings while the Parties worked cooperatively to finalize the terms of the settlement. *See* ECF No. 32.

4. On March 18, 2026, the Court entered an ordering continuing the stay of proceedings pending settlement and directing the Parties to submit a status report by April 15, 2026. ECF No. 33.

5. On April 15, 2026, the Parties submitted a joint status report and motion to continue the stay of proceedings while the Parties worked cooperatively to exchange final edits to the settlement documents. *See* ECF No. 34.

6. On April 15, 2026, the Court entered an order continuing the stay of proceedings pending settlement and directed the Parties to submit a status report by April 29, 2026. ECF No. 35.

7. On April 29, 2026 the Parties submitted a joint status report and motion to continue the stay of the proceedings reporting that the terms of the settlement are finalized, the settlement agreement is fully executed, and the motion for preliminary settlement approval is forthcoming.

8. On April 30, 2026, counsel for Plaintiffs provided counsel for Defendant a draft unopposed motion for preliminary approval of class action settlement and certification of settlement class ("Unopposed Motion").

JOINT MOTION TO STAY
PROCEEDINGS PENDING SETTLEMENT
(No. 2:25-cv-00072-RSM)-2

**Jensen Morse Baker PLLC**
**520 Pike Street, Suite 2375**
**Seattle, WA 98101**
**(206) 682-1644**

9.     On May 1, 2026, the Court entered an order continuing the stay of proceedings pending settlement and directed the Parties to submit a status report or for Plaintiffs to file the Unopposed Motion by May 13, 2026. ECF No. 37.

10.     The Parties respectfully request that the Court continue the stay of all proceedings and Court deadlines, including the Parties' class certification deadlines while the Unopposed Motion is finalized. The Parties continue to work cooperatively.

11.     The requested stay would apply to all deadlines in this matter.

12.     In fourteen days, on May 27, 2026, the Parties will file a joint status report reporting on the progress of the Unopposed Motion or Plaintiffs will file the Unopposed Motion before that date.

13.     This request is made in good faith and not for the purpose of delay.

WHEREFORE, the Parties respectfully request that the Court enter an Order continuing the stay of all proceedings in this matter until order of the Court.

Respectfully submitted, this 13th day of May, 2026.

[<strong><em>Signatures on Following Page</em></strong>]

JOINT MOTION TO STAY
PROCEEDINGS PENDING SETTLEMENT
(No. 2:25-cv-00072-RSM)-3

**Jensen Morse Baker PLLC**
**520 Pike Street, Suite 2375**
**Seattle, WA 98101**
**(206) 682-1644**

*/s/ Stephen M. Hansen*_____
Stephen M. Hansen, WSBA #15642

**STEPHEN M. HANSEN, P.S**.
3800 Bridgeport Way, Ste. A, PMB 5
University Place, Washington 98466
(253) 302-5955
Steve@stephenmhansenlaw.com

Scott P. Nealey (admitted *pro hac vice*)
**LAW OFFICE OF SCOTT P. NEALEY**
201 Spear Street, Suite 1100
San Francisco, CA 94105
(415) 231-5311
snealey@nealeylaw.com

***Attorneys for Plaintiffs Tyler Hardy and
Jermine Santiago***

*/s/ Benjamin J. Roesch*_____
Benjamin J. Roesch, WSBA #39960

**JENSEN MORSE BAKER PLLC**
520 Pike Street, Suite 2375
Seattle, WA 98101
(206) 682-1644
steve.jensen@jmblawyers.com
benjamin.roesch@jmblawyers.com

David Carpenter (admitted *pro hac vice)*
Tiffany Powers (admitted *pro hac vice)*
Melissa Quintana (admitted *pro hac vice)*
**ALSTON & BIRD LLP**
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000
David.Carpenter@alston.com
Tiffany.Powers@alston.com
Melissa.Quintana@alston.com

***Attorneys for Defendant, State Farm Mutual
Automobile Insurance Company***

JOINT MOTION TO STAY
PROCEEDINGS PENDING SETTLEMENT
(No. 2:25-cv-00072-RSM)-4

**Jensen Morse Baker PLLC**
**520 Pike Street, Suite 2375**
**Seattle, WA 98101**
**(206) 682-1644**

## ORDER GRANTING STAY

This matter comes before the Court on the Parties' Joint Motion to Continue Stay of Proceedings Pending Settlement. The Court has considered the submissions of the Parties and is duly informed.

**IT IS ORDERED** that the *Joint Motion to Continue Stay of Proceedings Pending Settlement* is hereby **GRANTED**.

The Court hereby stays all case deadlines pending in these proceedings pending the motion for preliminary settlement approval. On May 27, 2026, the Parties are directed to submit a status report or Plaintiffs will file the unopposed motion for preliminary approval of class action settlement and certification of settlement class before that date.

IT IS SO ORDERED this 15th day of May, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE

JOINT MOTION TO STAY
PROCEEDINGS PENDING SETTLEMENT
(No. 2:25-cv-00072-RSM)-5

**Jensen Morse Baker PLLC**
**520 Pike Street, Suite 2375**
**Seattle, WA 98101**
**(206) 682-1644**

# CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned certifies, under penalty of perjury under the laws of the United States of America and the State of Washington, that on the 13th day of May, 2026, the document attached hereto was delivered to the below counsel in the manner indicated.

*Counsel for Plaintiff*

Stephen M. Hansen, WSBA No. 15642
Law Offices of Stephen M. Hansen, P.S.
3800 Bridgeport Way West; Suite A
PMB 5
University Place, WA 98466
steve@stephenmhansenlaw.com
sara@stephenmhansenlaw.com

☒ Via CM/ECF
☐ Via electronic mail
☐ Via U.S. Mail, postage prepaid
☐ Via Facsimile
☐ Via Courier
☐ Via Overnight delivery

*Counsel for Plaintiff*

Scott P. Nealey
Law Office of Scott P. Nealey
201 Spear Street; Suite 1100
San Francisco, CA 94105
snealey@nealeylaw.com

☒ Via CM/ECF
☒ Via electronic mail
☐ Via U.S. Mail, postage prepaid
☐ Via Facsimile
☐ Via Courier
☐ Via Overnight delivery

*Admitted Pro Hac Vice*

DATED this 13th day of May, 2026, in Seattle, WA.

By *s/ Benjamin J. Roesch*
Benjamin J. Roesch, WSBA #39960

JOINT MOTION TO STAY
PROCEEDINGS PENDING SETTLEMENT
(No. 2:25-cv-00072-RSM)-6

**Jensen Morse Baker PLLC**
**520 Pike Street, Suite 2375**
**Seattle, WA 98101**
**(206) 682-1644**